# Order

**Lansing, Michigan**

June 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

Rehearing No. 534

130078

ABDUL AL-SHIMMARI,
      Plaintiff-Appellee/
      Cross-Appellant,

v

THE DETROIT MEDICAL CENTER,
HARPER-HUTZEL HOSPITAL,
UNIVERSITY NEUROSURGICAL
ASSOCIATES, P.C., and SETTI
RENGACHARY, M.D.,
      Defendants-Appellants/
      Cross-Appellees.

_____

SC: 130078
COA: 262655
Wayne CC: 04-407162-NH

In this cause, a motion for rehearing is considered and it is DENIED.

Cavanagh, Weaver and Kelly, JJ., would grant rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2007

_____
Clerk